JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. CV 14-05951 WDK-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DANNY KIM,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendant Danny Kim, individually and doing business as Country Kkokko a/k/a A Plus upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Danny Kim, individually and doing business as Country Kkokko a/k/a A Plus, shall pay the plaintiff, J & J Sports Productions, Inc., $1,700.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the

1  defendant or the pro se defendant in this matter.

3  Dated: May 26, 2016

                                                       _____
                                                       William Keller
                                                       United States District Judge